UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>CORTEZ LINDSEY,<br><br>       Defendant.<br>_____/ | 24-20387<br>USA vs Lindsey<br>Judge: David M. Lawson<br>Filed: 07/23/24<br><br><br>Violation:  18 U.S.C. § 922(g)(1) |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about July 7, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Cortez Lindsey, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one American Tactical Hybrid rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegation contained in Count One of this Indictment is realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon being convicted of the offense charged in Count One of this Indictment, the defendant, Cortez Lindsey, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm involved in or used in any knowing violation of said offense, including one American Tactical Hybrid rifle.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

Dated: July 23, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐ Yes ☑ No | AUSA's Initials: CFW |

**Case Title:** USA v. Cortez Lindsey

24-20387
USA vs Lindsey
Judge: David M. Lawson
Filed: 07/23/24

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 24-mj-30259]**

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 23, 2024
Date

Craig F. Wininger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Craig.Wininger@usdoj.gov
(313) 226-9569
Bar #: P57058

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.